ALFRED ROE et al., Executors, etc., et al., Respondents, *v.*
CAROLINE A. STRONG et al., Appellants.

(Argued February 2, 1893; decided February 28, 1893.)

APPEAL from judgment of the General Term of the
Supreme Court in the second judicial department, entered
upon an order made May 12, 1892, which affirmed a judgment
in favor of plaintiffs entered upon a decision of the court on
trial at Special Term.

The following is the memorandum of opinion: " Judgment
affirmed with costs on authority of previous opinon of this
court (119 N. Y. 316) and upon the opinion rendered below at
Special Term; the difficulty suggested with respect to the
boundaries in the Brewster-Seaton deed is to be satisfactorily
resolved, upon careful consideration, in the way suggested by
Judge BARTLETT."

*A. A. Spear* for appellants.

*John J. Macklin* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.